NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID DEAN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Intervenor.*

---

2014-3026

---

Petition for review of the Merit Systems Protection Board in No. AT-3330-12-0696-I-1.

---

**ON MOTION**

---

**O R D E R**

The respondent and intervenor move for extensions of time to file their briefs.

Upon consideration thereof,

2                                          DEAN v. MSPB

IT IS ORDERED THAT:

The motions are granted.  The briefs are due no later than February 10, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27